UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Colleen I. Robins dba T&C Hair It Is
                 Debtor
Troy Robins
                 Co-Debtor

Fay Servicing, LLC as servicer for US
Bank Trust National Association, Not
In Its Individual Capacity But Solely
As Owner Trustee For VRMTG Asset
Trust
v.

Colleen I. Robins dba T&C Hair It Is -
Debtor;
Troy Robins -  Co-Debtor
Kenneth E. West - Bankruptcy Trustee
                 Respondents

CASE NO.: 22-13247-amc

CHAPTER 13

Judge:  Ashely M. Chan

## ORDER APPROVING SETTLEMENT STIPULATION

AND  NOW,  this  __11th__  day  of  ___January_____,  2024,  it  is  hereby

ORDERED and DECREED that the Settlement Stipulation resolving Creditor, Fay Servicing, LLC

as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As

Owner Trustee For VRMTG Asset Trust's Motion for Relief from Automatic Stay is hereby

APPROVED.

BY THE COURT:

_____
Ashely M Chan, Bankruptcy Judge