## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: COLLEEN I. ROBINS           :     Chapter 13

                                  :

                                  :

                                  :

                       Debtor     :     Bankruptcy No. 22-13247 AMC

### Order Dismissing Chapter13 Case and Directing Counsel to File Master Mailing List

      **AND NOW,** this    20th    day of    June    2024, upon consideration of the Chapter13 standing trustee's Motion to Dismiss and after notice and hearing it is

      **ORDERED**, that in light of debtor's prior bankruptcy filings and the Consent Order dated January 17, 2023, the instant case is dismissed with a Bar. Debtor shall be prohibited from filing any subsequent bankruptcy petition within a period of 365 days from the date of this order.

                                       **BY THE COURT**

                                     **HON. ASHELY M. CHAN**
                                     **BANKRUPTCY JUDGE**

**Debtor**:
Colelen I. Robins
618 Newtown Ave
PHILADELPHIA, PA 19111

**Debtor's Counsel**:
Cibik Law, P.C.
1500 Walnut St
Ste 900
Philadelphia, PA 19102-

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107