United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 22-13247-amc
Colleen I. Robins | Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Colleen I. Robins, 6186 Newtown Ave, Philadelphia, PA 19111-5928 |
| cr | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14740242 | ++ | FLAGSHIP RESORT, 60 NORTH MAINE AVENUE, ATLANTIC CITY NJ 08401-5518 address filed with court:, Flagship Resort, 60 N Maine Ave, Atlantic City, NJ 08401-5518 |
| 14740250 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14740624 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14740709 | + | Synchrony Bank, C/O Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14740254 | + | Troy L. Robins, 6186 Newtown Avenue, Philadelphia, PA 19111-5928 |
| 14742439 | + | US Bank Trust National Association, C/O Joshua I. Goldman, Esq, PADGETT LAW GROUP, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | ^ | MEBN | Jun 21 2024 07:19:14 | Fay Servicing, LLC as servicer for US Bank Trust N, Friedman Vartolo LLP, 1325 Franklin Ave, Ste. 160, Garden City, NY 11530-1631 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 21 2024 07:40:42 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Jun 21 2024 07:19:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| NONE | ^ | MEBN | Jun 21 2024 07:19:25 | US Bank Trust National Association, Not In Its Ind, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 21 2024 07:27:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd, suite 170, Duluth, GA 30097-8461 |
| 14740240 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14779672 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14765443 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | Water Revenue Bureau, c/o City of Philadelphia |

Case 22-13247-amc   Doc 78   Filed 06/22/24   Entered 06/23/24 00:43:13   Desc Imaged
                             Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14740238 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2024 07:40:33 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14740239 | | Email/Text: bankruptcy@philapark.org | Jun 21 2024 07:28:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14740241 | | Email/Text: ECF@fayservicing.com | Jun 21 2024 07:27:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, PO Box 809441, Chicago, IL 60680 |
| 14740243 | | Email/Text: EBNBKNOT@ford.com | Jun 21 2024 07:28:00 | Ford Motor Credit Company, LLC, Po Box 62180, Colorado Spgs, CO 80962-2180 |
| 14819654 | ^ | MEBN | Jun 21 2024 07:19:12 | Fay Servicing, LLC as Servicer for, US Bank Trust National Association, Not, C/O Jason Brett Schwartz, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14819333 | ^ | MEBN | Jun 21 2024 07:19:15 | Fay Servicing, LLC as servicer for US Bank Trust N, 1325 Franklin Avenue Suite 160, Garden City, NY 11530-1631 |
| 14871404 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 21 2024 07:40:44 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14871575 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2024 07:40:20 | Fort Motor Credit Company, LLC Dept., AIS Portfolio Services, LLC, c/o Amitkumar Sharma, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City OK 73118-7901 |
| 14740244 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2024 07:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14740245 | + | Email/Text: EBNBKNOT@ford.com | Jun 21 2024 07:28:00 | Lincoln Automotive Fin, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 14740246 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2024 07:28:00 | Midland Funding LLC, Po Box 2011, Warren, MI 48090-2011 |
| 14740247 | | Email/Text: fesbank@attorneygeneral.gov | Jun 21 2024 07:28:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14740252 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2024 07:40:42 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14740248 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14740249 | ^ | MEBN | Jun 21 2024 07:19:19 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14740251 | + | Email/Text: bankruptcy@philapark.org | Jun 21 2024 07:28:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14742324 | + | Email/Text: RASEBN@raslg.com | Jun 21 2024 07:27:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14740253 | | Email/Text: bkteam@selenefinance.com | Jun 21 2024 07:28:00 | Selene Finance, Attn: Bankruptcy, PO Box 8619, Philadelphia, PA 19101-8619 |
| 14740624 | ^ | MEBN | Jun 21 2024 07:19:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14740709 | ^ | MEBN | Jun 21 2024 07:19:38 | Synchrony Bank, C/O Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14740255 | + | Email/Text: dbogucki@trumark.org | Jun 21 2024 07:28:00 | Trumark Financial Credit Union, Attn: Bankruptcy |

Case 22-13247-amc   Doc 78   Filed 06/22/24   Entered 06/23/24 00:43:13   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14740256 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 21 2024 07:28:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14740257 | ^ | MEBN | Jun 21 2024 07:19:07 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14755566 | ^ | MEBN | Jun 21 2024 07:19:02 | US Bank Trust National Association, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14742257 | ^ | MEBN | Jun 21 2024 07:19:25 | US Bank Trust National Association, Not In Its Ind, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14742441 | + | Email/Text: RASEBN@raslg.com | Jun 21 2024 07:27:00 | Wilmington Savings Fund Society, C/O Charles Griffin Wohlrab, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14754617 | + | Email/Text: bkteam@selenefinance.com | Jun 21 2024 07:28:00 | Wilmington Savings Fund Society, FSB, c/o Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14740892 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

**Name**            **Email Address**

JASON BRETT SCHWARTZ
                    on behalf of Creditor Fay Servicing  LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

JOSHUA I. GOLDMAN
                    on behalf of US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 41 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN MOYER
    on behalf of Creditor Fay Servicing  LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com

MICHAEL A. CIBIK
    on behalf of Debtor Colleen I. Robins help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Debtor Colleen I. Robins help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: COLLEEN I. ROBINS          :          Chapter 13
                                  :
                                  :
                                  :
              Debtor              :          Bankruptcy No. 22-13247 AMC

**Order Dismissing Chapter13 Case and Directing Counsel to File Master Mailing List**

**AND NOW,** this __20th__ day of __June__ 2024, upon consideration of the Chapter13 standing trustee's Motion to Dismiss and after notice and hearing it is

**ORDERED**, that in light of debtor's prior bankruptcy filings and the Consent Order dated January 17, 2023, the instant case is dismissed with a Bar. Debtor shall be prohibited from filing any subsequent bankruptcy petition within a period of 365 days from the date of this order.

BY THE COURT

_____
HON. ASHELY M. CHAN
BANKRUPTCY JUDGE

**Debtor**:
Colelen I. Robins
618 Newtown Ave
PHILADELPHIA, PA 19111

**Debtor's Counsel**:
Cibik Law, P.C.
1500 Walnut St
Ste 900
Philadelphia, PA 19102-

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107